# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| MICHAEL WARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 2:16-cv-559-ALB |
| MARK BRUTON, | ) ) ) |
| Defendant. | ) |

## ORDER

On May 23, 2019, the Magistrate Judge entered a Recommendation (Doc. 28) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The Defendant's motion for summary judgment is GRANTED.

3. Judgment is GRANTED in favor of the defendant.

4. This case is DISMISSED with prejudice.

5. The costs of this proceeding are taxed against the plaintiff.

A separate Final Judgment will be entered.

**DONE** and **ORDERED** this 12th day of June 2019.

      /s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE